IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WYNN, <br><br> Plaintiff, <br><br> v. <br><br> B. MOSS, et al., <br><br> Defendants. | No.  2:21-CV-1317-KJM-DMC-P <br><br><br> ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  This matter has been set for an early settlement conference before Magistrate Judge Jeremy D. Peterson on May 4, 2022.  See ECF No. 23.  Accordingly, the matter is stayed until that date and Defendants are relieved of their obligation to file a response to Plaintiff's complaint.  If the matter does not settle, the Court will set a deadline for Defendants to file their response to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:  January 3, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1