**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL WYNN, | No.  2:21-CV-1317-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| B. MOSS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  On January 3, 2022, the Court issued an order relieving Defendants of their obligation to respond to Plaintiff's complaint until such time as an early settlement conference had been conducted.  A review of the docket reflects that a settlement conference was held on May 4, 2022, before the Hon. Jeremy D. Peterson, at which time the case was not resolved.  Accordingly, Defendants shall file a response to Plaintiff's complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  May 20, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1