IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WYNN,<br><br>          Plaintiff,<br><br>    v.<br><br>B. MOSS, et al.,<br><br>          Defendants. | No. 2:21-CV-1317-KJM-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Defendants' motion to modify the schedule for this case. See ECF No. 33.

        A review of the docket reflects that discovery in this matter closed on January 23, 2023. See ECF No. 30. On February 8, 2023, Plaintiff filed a motion for an extension of time to serve responses to interrogatories. See ECF No. 34. On March 15, 2023, Defendants filed an amended motion to compel discovery responses. See ECF No. 35. Based on this record, the Court finds it appropriate to vacate the dispositive motion filing deadline pending resolution of these other pending motions. Upon resolution of Plaintiff's motion for an extension of time and Defendants' motion to compel, the Court will re-set the deadline to file dispositive motions.

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motions to modify the schedule, ECF No. 33, is granted.

2. The remaining schedule for this case, consisting only of the dispositive motion filing deadline, is vacated.

3. The Court will re-set the dispositive motion filing deadline upon resolution of Plaintiff's motion for an extension of time and Defendants' motion to compel, which will be addressed by separate order.

4. The Clerk of the Court is directed to terminate ECF No. 33 as a pending motion.

Dated: April 26, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE