IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL ASA WYNN,** | Case No. 2:21-cv-01317-KJM-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **B. MOSS; et al.,** | |
| Defendants. | |

The Court has reviewed Defendants' motion to modify the scheduling order, ECF No. 42. Good cause appearing, Defendants' motion to modify is granted. The deadline for Defendants to file any dispositive motions is vacated and will be reset as necessary after the Court rules on Defendants' renewed motion to compel.

IT IS SO ORDERED.

Dated: November 27, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE