# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WYNN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. MOSS, et al.,<br><br>　　　　Defendants. | No. 2:21-CV-1317-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On January 22, 2024, a notice regarding the death of Plaintiff was filed on the docket by Diana Akins, Plaintiff's mother. See ECF No. 44. Pursuant to Federal Rule of Civil Procedure 25(a)(1), when a party dies and the claims of that party are not extinguished, the Court may order substitution of a proper party on motion made within 90 days after service of a statement noting the death of the party. See Fed. R. Civ. P. 25(a)(1). If a motion to substitute is not filed within 90 days, the Court must dismiss the action. See id. The Clerk of the Court will be directed to serve a copy of this order on Ms. Akins. If a motion to substitute is not filed within 90 days of the date of this order, the Court will recommend dismissal of this action pursuant to Rule 25(a)(1).

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. In order to continue with this action, Plaintiff's next of kin, Diana Akins, or another proper party, shall file a motion to substitute within 90 days of the date of this order.

2. Pending a motion to substitute filed by a proper party, Defendants' renewed and unopposed motion to compel, ECF No. 40, is DENIED without prejudice to renewal should this matter continue with a substituted plaintiff.

3. The Clerk of the Court is directed to serve a copy of this order along with the docket sheet for this action on Diana Akins, 705 Stoneman Ave., #102, Pittsburg, California 94565.

Dated: January 25, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE