IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL ASA WYNN,**<br><br>                        Plaintiff,<br><br>         v.<br><br>**B. MOSS; et al.,**<br><br>                        Defendants. | Case No. 2:21-cv-01317-KJM-DMC-P<br><br>**ORDER** |

The Court has reviewed Defendants' motion for an extension of time to file a response to the Motion to Substitute.  Good cause appearing therefor based on counsel's declaration indicating the need for additional time due to a pre-planned absence from the office between March 21 and 25, Defendants' motion is granted and Defendants shall have until April 22, 2024 to file an opposition or otherwise respond to Plaintiff's Motion.

Dated:  March 22, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE