IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WYNN,<br><br>              Plaintiff,<br><br>       v.<br><br>B. MOSS, et al.,<br><br>              Defendants. | No. 2:21-CV-1317-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Plaintiff is now deceased and a motion to substitute parties filed by Diana Akins is pending. See ECF No. 46. Defendants have filed an opposition, see ECF No. 49, and Ms. Akins has filed a reply, see ECF No. 50.

In her motion to substitute, Ms. Akins states that she is the deceased Plaintiff's mother and seeks to substitute as the plaintiff in this action. See ECF No. 36. In opposition, Defendants assert that Ms. Akins' motion is procedurally defective in terms of state law establishing that she is a proper substitute party. See ECF No. 49. In reply, Ms. Akins, who is herself proceeding pro se, states that she was unaware of the legal requirements to establish entitlement to substitute as the plaintiff in this case and seeks leave to file a renewed motion consistent with the rules outlined in Defendants' opposition. See ECF No. 50. Good cause appearing therefor, the Court will deny Ms. Akins pending motion to substitute without prejudice

1

to renewal.  In the meantime, the Court will stay proceedings pending filing and resolution of Ms. Akins' renewed motion.

        Accordingly, IT IS HEREBY ORDERED as follows:

        1.    Ms. Akins' motion to substitute, ECF No. 46, is DENIED without prejudice to renewal.

        2.    Ms. Akins shall file a renewed motion to substitute within 30 days of the date of this order.

        3.    This action is STAYED pending resolution of Ms. Akins' renewed motion to substitute.

Dated:  August 26, 2024

                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE