ROB BONTA, State Bar No. 202668
Attorney General of California
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
JENNIFER BURNS, State Bar No. 312364
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6393
 Fax:  (916) 324-5205
 E-mail:  Jennifer.Burns@doj.ca.gov
*Attorneys for Defendants*
*B. Moss and L. Mundy*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DIANA AKINS,**<br><br>          Plaintiff,<br><br>      v.<br><br>**B. MOSS; et al.,**<br><br>          Defendants. | 2:21-cv-01317-KJM-DMC-P<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**Fed. R. Civ. P. 12(c)**<br><br>Date:         August 6, 2025<br>Time:         10:00 a.m.<br>Courtroom:  304<br>Judge:      The Hon. Dennis M. Cota<br>Trial Date:  Not Set<br>Action Filed: July 26, 2021 |

**TO PLAINTIFF AND PLAINTIFF'S COUNSEL:**

**PLEASE TAKE NOTICE** that Defendants Moss and Mundy move for judgment on the

pleadings under Federal Rule of Civil Procedure 12(c) because an isolated occurrence of

contaminated food does not state a cognizable Eighth Amendment claim.  The motion will be

heard on Wednesday, August 6, 2025, at 10:00 a.m., at Redding Federal Courthouse, 2986

Bechelli Lane, Redding, CA 96002, Courtroom 304, 3rd floor.

/ / /

/ / /

1

This motion is based on this notice, the supporting memorandum of points and authorities, the pleadings and papers on file in this action, and on such other materials that may properly come before this Court.

Dated:  June 25, 2025                                      Respectfully submitted,

ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General

*Jennifer Burns*

JENNIFER BURNS
Deputy Attorney General
*Attorneys for Defendants*
*B. Moss and L. Mundy*

SA2021802392
38997676.docx

Defs.' Not. Mot. & Mot. for J. on the Pleadings  (2:21-cv-01317-KJM-DMC-P)