IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANA AKINS, as successor in interest to SAMUEL WYNN, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**B. MOSS; et al.,**<br><br>Defendants. | Case No. 2:21-cv-1317-KJM-DMC-P<br><br>**ORDER GRANTING STIPULATED REQUEST FOR COUNSEL TO APPEAR REMOTELY AT AUGUST 6, 2025, HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND PLAINTIFFS MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

The parties filed a stipulated request to appear remotely at the August 6, 2025, hearing on Defendants' motion for judgment on the pleadings and Plaintiff's motion for leave to file first amended complaint. Upon due consideration and good cause appearing, the Court **GRANTS** the parties' request. The parties may appear remotely at the August 6, 2025, hearing. The Court will provide connection information separately.

**IT IS SO ORDERED.**

Dated: July 17, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1