IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA AKINS, as successor in interest to SAMUEL WYNN, JR., <br><br> Plaintiff, <br><br> v. <br><br> B. MOSS, et al., <br><br> Defendants. | Case No. 2:21-cv-1317-KJM-DMC-P <br><br> ORDER |

The parties have filed a stipulated request to: (1) extend the deadline to file Plaintiff's reply brief in support of her motion for leave to file a first amended complaint from August 4, 2025, to August 29, 2025; (2) continue the remote hearing on Plaintiff's motion for leave to amend as well as Defendants' motion for judgment on the pleadings, from August 6, 2025, to September 10, 2025; and (3) stay discovery pending this Court's rulings on the aforementioned motions, except as otherwise agreed to by the parties. See ECF No. 71. The stipulation has been signed by counsel for all parties. See id.  Upon due consideration and good cause appearing, the Court will approve the parties' stipulation.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties' stipulation, ECF No. 71, is approved.

2. The deadline for Plaintiff to file a reply in support of her motion for leave to amend is extended to August 29, 2025.

3. The hearing on Plaintiff's motion for leave to amend and Defendants' motion for judgment on the pleadings, currently set for August 6, 2025, is continued to September 10, 2025, at 10:00 a.m., before the undersigned via Zoom.

4. Discovery is stayed, and the dispositive motion filing deadline is vacated, pending resolution of the parties' pending motions.

5. Consistent with the parties' agreement, and notwithstanding the stay of discovery, Defendants shall provide Plaintiff responsive records from the California Department of Corrections and Rehabilitation informally on a rolling basis rather than pursuant to a subpoena duces tecum.

6. The parties shall meet and confer regarding a proposed revised discovery plan and case schedule to be submitted within 14 days of the Court's final ruling on the parties' pending motions.

Dated: July 30, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE