UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Diana Akins, as successor in interest to Samuel Wynn, Jr.,<br><br>     Plaintiff,<br><br> v.<br><br>B. Moss, et al.,<br><br>     Defendants. | No. 2:21-cv-01317-KJM-DMC<br><br>ORDER |

   This court previously adopted the Magistrate Judge's findings and recommendations and granted defendant's motion for judgment on the pleadings. *See* F&Rs, ECF No. 75, *adopted in full*, ECF No. 76. Defendants now seek an award of their costs, $1,069.45 incurred in connection with a deposition. *See* Bill of Costs, ECF No. 78; Mem., ECF No. 78-1. Plaintiff objects to the bill of costs. ECF No. 79.

   The court declines to award costs based on the limited resources of plaintiff's successor in interest, the absence of any funds in Samuel Wynn, Jr.'s estate, and the potential chilling effect an award of costs would have on similar civil rights actions. *See Ass's of Mexican-Am. Educators v. California*, 231 F.3d 572, 591 (9th Cir. 2000) (en banc) (setting forth legal standard and describing district courts' discretion to deny costs award). The court also has considered that

1 | defendants obtained judgment on the pleadings and yet seek an award of costs associated with
2 | fact discovery, i.e., pretrial litigation beyond the pleadings.
3 |        IT IS SO ORDERED.
4 | DATED: December 5, 2025.

_____
UNITED STATES DISTRICT JUDGE